**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01385-CV

### ANTHONY LEEARTIS HALL, Appellant

### V.

### OBINNA CHINEMEREM NJOKU, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-02988-B**

## ORDER

On February 12, 2103, we ordered the Dallas County Clerk to file, within ten days, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. To date, the Dallas County Clerk has neither filed the record nor corresponded with the Court regarding the status of the record. Accordingly, we again **ORDER** Dallas County Clerk Gary Fitzsimmons to file, within **TEN DAYS** of the date of this order, either the clerk's record OR written verification that appellant has been found indigent and has not paid for the record. *If the record or requested verification is not filed by the date specified, we will utilize the available remedies to obtain the record, which may include ordering the Dallas County District Clerk to show cause why he should not be held in contempt for failure to*

*comply with this Court's orders.*

/s/     ELIZABETH LANG-MIERS
JUSTICE